THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

   v.

 
 
 
 Letha S.,
 Joseph G., Roger G., and John Doe, Defendants,
 
 
 Of whom Letha S.
 and Roger G. are the Appellants.
 
 
 In the interest of three minor children under the age of 18.
 
 
 

Appeal From Lancaster County
Brian M. Gibbons, Family Court Judge

Unpublished Opinion No.  2010-UP-486
 Submitted May 3, 2010  Filed November 4,
2010

AFFIRMED

 
 
 
 Sally A. Carver-Young, of Rock Hill, for
 Appellant Letha S.
 David C. Cook, of Lancaster, for Appellant
 Roger G.
 Angela Killian, of Lancaster, for
 Respondent.
 Irma Brooks, of Sumter, Guardian ad Litem. 
 
 
 

PER CURIAM: Letha S. (Mother) and Roger G. (Father)
 both appeal from the family court's final
 order terminating their parental rights to their minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a
 thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly,
 we affirm the family court's ruling. 
AFFIRMED.[1]
WILLIAMS and
 KONDUROS, JJ., and CURETON, A.J., concur.      

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.